Electronically Filed
Supreme Court
SCAD-11-0000162
08-DEC-2011
12:52 PM

SCAD-11-0000162

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

EARLE A. PARTINGTON, Respondent.

---

ORIGINAL PROCEEDING
(ODC 10-079-8913)

ORDER OF CORRECTION
(By:  Recktenwald, C.J., for the court[1])

The Order of Suspension filed on November 9, 2011, shall be corrected as follows:

The name of the court starting on the tenth line from the bottom on page 2, and also starting on the eleventh line from the bottom on page 3, "United States Navy-Marine Corps Court of Criminal Appeals in Washington, D.C." should be replaced with "United States Court of Appeals for the Armed Forces" so that as corrected, the text reads, respectively, ". . . and the United States Court of Appeals for the Armed Forces imposed a one-year suspension upon Respondent Partington" and ". . . by the United States Court of Appeals for the Armed Forces."

DATED:  Honolulu, Hawaiʻi, December 8, 2011.

FOR THE COURT:

/s/ Mark E. Recktenwald

Chief Justice



---

[1] The Court: Recktenwald, C.J., and Duffy, J., and Intermediate Court of Appeals Chief Judge Nakamura, in place of Acoba, J., recused; with Nakayama, J., dissenting, in which McKenna, J., joins.